Jack R. Nelson (SBN 111863)
Marshall C. Wallace (SBN 127103)
Karen A. Braje (SBN 193900)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3752

Telephone:   510.763.2000
Facsimile:    510.273.8832

WINSTON & STRAWN LLP
Michael K. Maly (SBN 66693)
101 California Street
San Francisco, CA  94111-5894
Telephone: 415.591-1000
Facsimile: 415.591-1400

Attorneys for Defendants
American General Financial Services, Inc. and
AG Documentation Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPHUS RAY MORGAN, WILLIAM B. HALL, SUSAN O. SWANSON, and BRENDA L. KNIGHT and EDWARD J. KNIGHT, suing individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AMERICAN GENERAL FINANCIAL SERVICES INC., a Delaware corporation; A.G. DOCUMENTATION SERVICES, INC., a California corporation; AMERICAN GENERAL FINANCE, a California corporation; AMERICAN GENERAL FINANCIAL SERVICES, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | No.: C 05-02798 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO SUBSTITUTE DECLARATION WITH REDACTED EXHIBITS IN COURT RECORD<br><br>Civil L.R. 3-17 and 7-12 |

— 1 —

1  Having considered the parties' stipulation, and good cause appearing, the Court
2  hereby grants American General Financial Services, Inc. ("AGFS") leave to file a substitute
3  Declaration of John Arch Ebright that attaches redacted exhibits in place of the version of the same
4  declaration previously filed with the Court. ~~Pursuant to the parties' stipulation, the Court further~~
5  ~~orders that the substitute declaration with redacted exhibits is to replace the version (with unredacted~~
6  ~~exhibits) currently on file both in hard copy and on the electronic docket for this matter.~~ The Clerk
7  shall contact counsel for AGFS with instructions as to how to submit a substitute declaration that can be filed in place of the existing declaration.
8  The Clerk shall return the previously filed hard copy version of the declaration (with
9  unredacted exhibits) to counsel for AGFS, and shall delete the electronically filed version of said
10  ,declaration from the electronic docket.

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13  DATED: August 24, 2005

14  _____
The Honorable Maxine M. Chesney
U.S. District Court Judge

DOCSSFO-12411366.1

— 2 —

Case No. C 05-02798 MMC
[Proposed] Order Granting Leave to Substitute Declaration with Redacted Exhibits